IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SKYWAY TOWERS LLC, a Delaware Limited Liability Company,<br><br>v.<br><br>CITY OF POTH, TEXAS, the CITY COUNCIL OF THE CITY OF POTH, TEXAS, TAMI RAMZINSKI, ANABEL RAMON, CHUCK MORRIS, RONALD WEIMER, and STEVEN WIATREK, in their official capacities as members of the City Council of the City of Poth, Texas, and CHRYSTAL ECKEL, in her official capacity as Mayor of the City of Poth, Texas.<br><br>      Defendants. | CIVIL ACTION FILE NO. 5:20-cv-226 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Skyway Towers LLC, by and through its undersigned attorneys, submits this Corporate Disclosure Statement and certifies that Skyway Towers, LLC is a Delaware limited liability company. Skyway Towers, LLC is a wholly owned subsidiary of Skyway Towers Holdings II, LLC. Skyway Towers Holdings II, LLC has no parent corporation, and no publicly held corporation owns more than 10 percent of its stock.

      Respectfully Submitted,

      SKYWAY TOWERS, LLC

      By their attorneys,

      */s/ Daniel P. Reing*

Daniel P. Reing, Esq.
Bar Number: 73348
Courtney T. DeThomas, Esq. (admission application forthcoming)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington D.C. 20006
202-973-4200
danielreing@dwt.com
courtneydethomas@dwt.com

Bebb Francis, Esq.
Bar Number: 07360500
The Francis Law Firm, P.C.
112 E. Pecan Street, Suite 550
San Antonio, TX 78205
Tel. 210-222-1100
Fax 210-222-2468
wbfrancis@francislawfirm.com

*Counsel for Plaintiff*

Dated: February 25, 2020